*** ETIENNE ***

BE VERY VERY CAREFUL. YOUR BROTHER IS <u>STEALING</u> MONEY FROM YOU. ASK HIM TO SHOW YOU HIS INDIVIDUAL TAX RETURNS FOR THE LAST FEW YEARS. HE IS TAKING <u>MUCH MORE</u> THAN HIS "FAIR SHARE"



# ** MS. MILOS **

BE VERY VERY CAREFUL.
LYNN IS STEALING FROM RENEE
TO INVEST IN U.S. PROPERTIES.
PLEASE PROTECT RENEE!

## *STOP THE STEAL*

**PRIVATE & CONFIDENTIAL**

K MILOS
24 FERMANAGH AVENUE
TORONTO ONTARIO
CANADA
M6R 1M2



From: **Antoine Martel** <antoine@martelturnkey.com>
Date: Wed, Jan 5, 2022 at 8:42 AM
Subject: Re: Sienna at the Thompson
To: Jordon Cavallo <jcavallo@magellandevelopment.com>

Jordon.

My W2 is $8356 but I have investment income of close to $30,000/month. I flip houses and apartment buildings so most of my income is not on my paystub. I made $800,000 this year.



# LOVE BEFORE LAWYERS



*THIS OPTION IS ALWAYS OPEN FOR YOU YOOMOOH - PLEASE TO DO NOT LISTEN TO THE GORA FAMILY - THEY DO NOT HAVE YOUR BEST INTERESTS IN MIND - YOU WILL ONLY REALIZE THAT WHEN U R IN YOUR 30'S*





**SOMA CHHAYA BHATIA**
**3131 NE 1ST AVENUE**
**UNIT 1917**
**MIAMI FLORIDA USA**
**33137**


