UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARTEL FAMILY REALTY, LLC, et al., | ) | CASE NO. 1:23-CV-00273 |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| RAJEEV BHATI, et al., | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

On February 4, 2025, Magistrate Judge Reuben J. Sheperd conducted a mediation conference. The minute entry indicates the parties settled all matters in dispute.

The Court is also in receipt of the parties' Joint Stipulation of Dismissal of All Claims with Prejudice (Doc. 27). Pursuant to Fed. R. Civ. P. 41(a), this case is DISMISSED with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: February 28, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE